IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| (1) POKY FEEDERS, INC.,<br>(2) LMRAY, LLC,<br>(3) GRANT MORGAN,<br>(4) LIZ MORGAN, and<br>(5) KIRK DECHANT,<br><br>               Plaintiffs,<br>v.<br><br>(1) WORLDWIDE STAGES, INC., and<br>(2) WORLDWIDE STAGES, LLC,<br><br>               Defendant. | Case No. _____ |

# COMPLAINT

Plaintiffs, Poky Feeders, Inc. ("Poky Feeders"), LMRay, LLC ("LMRay"), Grant and Liz Morgan (the "Morgans"), and Kirk Dechant ("Dechant") (collectively "Plaintiffs"), for their claims against Defendants, Worldwide Stages, Inc. and Worldwide Stages, LLC, allege the following:

**PARTIES, JURISDICTION, AND VENUE**

1. Poky Feeders is a Kansas corporation that maintains its principal place of business in Kansas.

2. LMRay is an Oklahoma limited liability company, and all of its members are residents of Oklahoma.

3. The Morgans are residents of Kansas.

4. Dechant is a resident of Kansas.

5. Worldwide Stages, Inc. is a Tennessee corporation that maintains its principal place of business in Tennessee.

6. Worldwide Stages, LLC was a Tennessee limited liability company and, upon information and belief, all of its members were residents of Tennessee.

7. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists among the parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8. Jurisdiction and venue are proper in this Court because each of the promissory notes that are the subjects of this action expressly provides: "Borrower and Lender hereby irrevocably consent to the jurisdiction and venue of any state or federal court located within, or having jurisdiction over, the County of Maury, Tennessee, for any disputes pertaining to this Note and/or the Indebtedness evidenced hereby."

9. This Court also has personal jurisdiction over Worldwide Stages, Inc. and Worldwide Stages, LLC because they were both formed under Tennessee law, Worldwide Stages, Inc. maintains its principal place of business in Tennessee, and Worldwide Stages, LLC maintained its principal place of business in Tennessee.

10. Worldwide Stages, LLC is the named party, as borrower, in each of the promissory notes that are the subjects of this action.

11. To the extent Worldwide Stages, LLC still exists and/or remains legally responsible for its liabilities under Tennessee law, it is liable to Plaintiffs for the breaches of contract alleged herein.

12. On or about August 10, 2023, both Worldwide Stages, LLC and Worldwide Stages, Inc. filed notices of merger with the Tennessee Secretary of State stating Worldwide Stages, LLC has been formally merged into Worldwide Stages, Inc.

13. Pursuant to Tenn. Code Ann. § 48-249-702(j)(4), if the merger was legally effective, "[a]ll debts, liabilities and obligations of [Worldwide Stages, LLC] . . . attach[ed] to [Worldwide Stages, Inc.] and may be enforced against it to the same extent as if the debts, liabilities and obligations had been incurred or contracted by it."

14. Plaintiffs assert their claims against both Worldwide Stages, LLC and Worldwide Stages, Inc. (hereinafter collectively "Worldwide Stages") to ensure both entities are held liable to the extent legally permissible.

**FACTS**

15. On or about October 3, 2022, Worldwide Stages entered into the following four promissory notes borrowing a collective total principal amount of $1,000,001.00 from the Plaintiffs:

    a. The "Poky Feeders" Promissory Note in the principal amount of $500,000;

    b. The "LMRay" Promissory Note in the principal amount of $166,667;

    c. The "Morgans" Promissory Note in the principal amount of $166,667; and

    d. The "Dechant" Promissory Note in the principal amount of $166,667.

(collectively, the "Promissory Notes"). *[Ex. 1, Promissory Note between Poky Feeders, Inc. and Worldwide Stages, LLC, dated October 15, 2022 (the "Poky Feeders Note"); Ex. 2, Promissory Note between LMRay, LLC and Worldwide Stages, LLC, dated October 15, 2022 (the "LMRay Note"); Ex. 3, Promissory Note between Grant and Liz Morgan and Worldwide Stages, LLC, dated October 15, 2022 (the "Morgan Note"); Ex. 4, Promissory Note between Kirk Dechant. and Worldwide Stages, LLC, dated October 15, 2022 (the "Dechant Note").]*

16. Each of the Promissory Notes provides:

    a. an effective date of October 15, 2022;

b. an interest rate of twelve percent (12%) per annum;

c. the principal amount plus any accrued and unpaid interest are payable and due in full on the earlier of "(i) October 15, 2023 ("Maturity Date") or (ii) upon acceleration by Lender based on the occurrence of one or more defaults under this note this note ("Acceleration")";

d. in the event that any installment of interest or principal due under the Note is paid after the 15th day after the date when the same is due, the lender shall be entitled to collect a five percent (5%) "late charge" on the amount due, to defray part of the increased cost of collection occasioned by such late payment as liquidated damages and not as a penalty; and

e. Worldwide agrees to pay "all reasonable attorneys' fees, expenses, court costs, and all other costs of whatever kind reasonably incurred or paid" by the lender, incident to the obligations described therein.

*[Ex. 1, Poky Feeders Note; Ex. 2, LMRay Note; Ex. 3, Morgan Note; Ex. 4, Dechant Note.]*

17. As of the filing of this action, Worldwide Stages has not repaid any amount of the principal or interest due on the Promissory Notes and is in default of each of them.

## CAUSES OF ACTION

### Count I: Breach of Contract – the Poky Feeders Note

18. Plaintiffs incorporate the preceding paragraphs as if fully set forth herein.

19. In the Poky Feeders Note, Worldwide Stages agreed to repay the entire principal amount of $500,000 plus all applicable interest by the maturity date of October 15, 2023.

20. Worldwide Stages has breached the Poky Feeders Note by failing to repay any amount of the principal or interest due by October 15, 2023.

21. As a result, Poky Feeders has sustained, and continues to sustain, damages.

22. In addition to the principal amount of $500,000 plus accrued interest, Poky Feeders is entitled to recover a 5% "late charge" for Worldwide Stages' failure to pay by October 30, 2023.

23. Poky Feeders is also entitled to recover its reasonable attorney fees and costs incident to its efforts to recover the amount due and payable under the Poky Feeders Note.

### Count II: Breach of Contract – the LMRay Note

24. Plaintiffs incorporate the preceding paragraphs as if fully set forth herein.

25. In the LMRay Note, Worldwide Stages agreed to repay the entire principal amount of $166,667 plus all applicable interest by the maturity date of October 15, 2023.

26. Worldwide Stages has breached the LMRay Note by failing to repay any amount of the principal or interest due by October 15, 2023.

27. As a result, LMRay has sustained, and continues to sustain, damages.

28. In addition to the principal amount of $166,667 plus accrued interest, LMRay is entitled to recover a 5% "late charge" for Worldwide Stages' failure to pay by October 30, 2023.

29. LMRay is also entitled to recover its reasonable attorney fees and costs incident to its efforts to recover the amount due and payable under the LMRay Note.

### Count III: Breach of Contract – the Morgan Note

30. Plaintiffs incorporate the preceding paragraphs as if fully set forth herein.

31. In the Morgan Note, Worldwide Stages agreed to repay the entire principal amount of $166,667 plus all applicable interest by the maturity date of October 15, 2023.

32. Worldwide Stages has breached the Morgan Note by failing to repay any amount of the principal or interest due by October 15, 2023.

33. As a result, the Morgans have sustained, and continue to sustain, damages.

34. In addition to the principal amount of $166,667 plus accrued interest, the Morgans are entitled to recover a 5% "late charge" for Worldwide Stages' failure to pay by October 30, 2023.

35. The Morgans are also entitled to recover their reasonable attorney fees and costs incident to their efforts to recover the amount due and payable under the Morgan Note.

### Count IV: Breach of Contract – the Dechant Note

36. Plaintiffs incorporate the preceding paragraphs as if fully set forth herein.

37. In the Dechant Note, Worldwide Stages agreed to repay the entire principal amount of $166,667 plus all applicable interest by the maturity date of October 15, 2023.

38. Worldwide Stages has breached the Dechant Note by failing to repay any amount of the principal or interest due by October 15, 2023.

39. As a result, Dechant has sustained, and continues to sustain, damages.

40. In addition to the principal amount of $166,667 plus accrued interest, Dechant is entitled to recover a 5% "late charge" for Worldwide Stages' failure to pay by October 30, 2023.

41. Dechant is also entitled to recover his reasonable attorney fees and costs incident to his efforts to recover the amount due and payable under the Dechant Note.

### RELIEF REQUESTED

WHEREFORE, Plaintiffs request the Court enter judgment in their favor against Worldwide Stages, awarding each of them: (1) all amounts due and owing under their respective promissory note; (2) post-judgment interest on all amounts due and owing; (3) all costs, attorney fees, expert fees, and other expenses they have incurred to prosecute this action to judgment; and (4) any further and additional relief (legal or equitable) as is just and proper under the facts and circumstances of this case.

Respectfully submitted,

/s/J. Britt Phillips
J. Britt Phillips, Bar No. 020937
Brendon C. Pashia #040543
SUTTER O'CONNELL
5200 Maryland Way, Suite 350
Brentwood, TN 37027
Direct: 615-771-6050
Fax: 615-771-1080
bphillips@sutter-law.com

bpashia@sutter-law.com

and

Nicholas ("Nick") V. Merkley, OBA No. 20284
GABLEGOTWALS
BOK Park Plaza
499 West Sheridan, Suite 2200
Oklahoma City OK 73102
Telephone:   405-235-5500
Facsimile:    405-235-2875
Email:   nmerkley@gablelaw.com
    (Pro Hac Vice Pending)

***Attorney for the Plaintiffs***
***Poky Feeders, Inc., LMRay, LLC,***
***Grant and Liz Morgan, and Kirk Dechant***