IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| POKY FEEDERS, INC., LMRAY, LLC, GRANT MORGAN, LIZ MORGAN, and KIRK DECHANT, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 1:24-cv-00003 |
| v. | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| WORLDWIDE STAGES, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties (Doc. No. 36), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE